MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

Attorney for MICHAEL TRAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,  Plaintiff, | ) No. 2:10-cr-0347 MCE ) ) STIPULATION AND |
| v. | ) ORDER TO PROBATION TO PREPARE ) A PRE-PLEA REPORT |
| MICHAEL TRAN | ) ) |
| Defendants. | ) |
| ==============================) | Judge: Hon. Morrison C. England |

    The government has provided the defense with a plea offer that has a possible sentencing range of zero to twenty years.  Mr. Tran's sentence will be entirely determined by the sentencing guideline ranged used to calculate the offense level for the substance "BZP".  The guidelines have recently changed to add BZP to the listed chemicals used in determining the guideline range.  The guideline calculations for BZP are sufficiently complicated that a pre-plea report is appropriate to analyze sentencing issues in this matter.  The parties have spoken with the probation office and are in agreement that a pre-plea report would aid resolution of this matter.  The probation office indicates that the process will take approximately six to eight weeks to complete.  If ordered by the court, the report may be completed by our next status hearing of August 30, 2012.  Pre-plea reports have already been ordered for at least three co-defendants.

It is hereby requested by the parties, Todd Leras, Assistant United States Attorney, and Michael Long, attorney for Michael Tran, that the court order the United States Probation Office to prepare a pre-plea report concerning the United States Sentencing Guidelines calculations, including criminal history, applicable to Michael Tran.

Dated: July 18, 2012                             Respectfully submitted,

                                                 /s/ Michael D. Long_____
                                                 MICHAEL D. LONG
                                                 Attorney for Michael Tran

Dated: July 18, 2012                             BENJAMIN WAGNER
                                                 United States Attorney

                                                 /s/ Todd Leras____
                                                 TODD LERAS
                                                 Assistant U.S. Attorney

### ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the United State Probation Office prepare a pre-plea report analyzing the total offense level and criminal history calculations for Michael Tran.

IT IS SO ORDERED.

Dated: July 31, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE