UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MICHAEL TRAN,

       Defendant.
_____/

Case No. 2:10-cr-00347-08

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release MICHAEL TRAN, Case No. 2:10-cr-00347-08, from custody for the following reasons:

| | |
|---|---|
| __X__ | Release on Personal Recognizance |
| ____ | Bail Posted in the Sum of $____ |
| ____ | Unsecured Appearance Bond |
| ____ | Appearance Bond with 10% Deposit |
| ____ | Appearance Bond with Surety |
| ____ | Corporate Surety Bail Bond |
| ____ | (Other): |

Issued at Sacramento, California on September 6, 2012 at 11:30 am.

Dated: September 6, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE