UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Morrison C. England, Jr.<br>Chief United States District Judge<br>Sacramento, California | RE:  **Michael Tungthanh Tran**<br>**Docket Number:  0972 2:10CR00347-008**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Michael Tungthanh Tran is requesting permission to travel to Mexico on a cruise for a family vacation.  Mr. Tran has been on Supervised Release since November 29, 2012.  He is currently working full-time and is in compliance with all terms and conditions of his supervision.  The probation officer recommends approval be granted.

**Conviction and Sentencing Date:**    On November 29, 2012, Mr. Tran was sentenced for the offense(s) of 21 USC 846 and 841(a)(1) and (b)(1)(A) – Conspiracy to Distribute and Possess with Intent to Distribute MDMA and BZP, Class C Felony.

**Sentence Imposed:**  Time served; 36 months Supervised Release; $100 Special Assessment.  Special conditions of supervision include warrantless search; financial disclosure; financial restrictions; drug/alcohol treatment; drug/alcohol testing; abstain from alcohol; aftercare co-payment; and drug offender registration.

**Dates and Mode of Travel:**  Mr. Tran plans to fly with his family to Los Angeles on February 16, 2014, and they will depart from a port in Los Angeles on a cruise ship to Mexico.  They will return to port on February 21, 2014, and fly back to Sacramento.

**RE:**   **Michael Tungthanh Tran**
         **Docket Number:  0972 2:10CR00347-008**
         <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

**Purpose:**  The offender's sister's fiancé was diagnosed with Stage 3 colon cancer and has been undergoing chemotherapy treatments.  His sister decided to spend the money they were going to use for their wedding to take their families on a vacation together.

Respectfully submitted,

/s/ Wendy Reyes

**Wendy Reyes**
**United States Probation Officer**

Dated:   February 6, 2014
         Elk Grove, California
         WER/lr

                    /s/ Deborah A. Spencer
**REVIEWED BY:**   **DEBORAH A. SPENCER**
                   **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

**XX**   Approved        ☐   Disapproved

Dated:  February 10, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2